United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David Shuang Liu                    ,

          Plaintiff(s),

    v.

Apple Inc.                              ,

          Defendant(s).

Case No. 4:26-cv-00170-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jennifer Milici_____, an active member in good standing of the bar of the District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc._____ in the above-entitled action. My local co-counsel in this case is Christopher William Johnstone , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 242152_____.

| 2100 Pennsylvania Avenue NW, Washington, DC 20037 | 2600 El Camino Real, Suite 400, Palo Alto, CA 94306 |
| --- | --- |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-663-6000 | 650-858-6147 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jennifer.milici@wilmerhale.com | chris.johnstone@wilmerhale.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 987096_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3_____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026

Jennifer Milici
APPLICANT

=====================================================

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer Milici is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/12/2026

_____
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Jennifer Milici

was duly qualified and admitted on April 6, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 11, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*