Jennifer Milici (*pro hac vice*)
Susan A. Musser (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 663-6000
*jennifer.milici@wilmerhale.com*
*susan.musser@wilmerhale.com*

Mingzi Ouyang, Esq. (SBN 314334)
Marta Rocha, Esq. (SBN 340308)
Jun Bi, Esq. (*pro hac vice* forthcoming)
VALLEY & SUMMIT LAW
1 Park Plaza, Suite 600
Irvine, CA 92614
Telephone: (909) 248-4522
*marjorie.ouyang@valleysummitlaw.com*
*marta.rocha@valleysummitlaw.com*

*Attorneys for Plaintiff David Shuang Liu*

Chris Johnstone (SBN 242152)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
*chris.johnstone@wilmerhale.com*

*Attorneys for Defendant Apple Inc.*

José L. Martin (SBN 203709)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street
9th Floor
San Jose, CA 95110
Telephone: (408) 299-5936
*jose.martin@cco.sccgov.org*

*Attorneys for Defendant County of Santa Clara*
*(erroneously sued as Santa Clara County Sheriff's*
*Office)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(Oakland)

| | |
|---|---|
| DAVID SHUANG LIU,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.; SANTA CLARA COUNTY SHERIFF'S OFFICE,<br><br>Defendants. | No. 4:26-cv-00170-HSG<br><br>**ORDER REGARDING STIPULATION REGARDING SCHEDULE FOR RESPONSIVE PLEADINGS AND ANY MOTION TO DISMISS BRIEFING**<br><br><br>Dept.:   2 - 4th Fl<br>Judge:  The Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  None |

No. 4:26-cv-00170-HSG

ORDER REGARDING STIPULATION
REGARDING SCHEDULE FOR RESPONSIVE
PLEADINGS and ANY MOTION TO DISMISS
BRIEFING

Pursuant to Civil Local Rule 6-1(b), Plaintiff David Shuang Liu, Defendants County of Santa Clara (erroneously sued as Santa Clara County Sheriff's Office) and Apple Inc., stipulated to the following schedule for responsive pleadings:

- **Amended Complaint:** June 19, 2026

- **Answers to Amended Complaint, or motions to dismiss:** August 10, 2026

- **Opposition to any motions to dismiss:** September 8, 2026

- **Reply to any motions to dismiss:** September 28, 2026

**IT IS SO ORDERED** that Defendants need not respond to Plaintiff's original complaint, that Plaintiff will file an amended complaint on or before June 19, 2026, and that the Defendants' time to file responsive pleadings to the amended complaint, is extended to August 10, 2026, Plaintiff's time to file any oppositions to any motions to dismiss is extended to September 8, 2026, and Defendants' time to file any replies to any oppositions to any motions to dismiss is extended to September 28, 2026.

Dated:  6/15/2026

Judge Haywood S. Gilliam Jr.

No. 4:26-cv-00170-HSG                    1                    ORDER REGARDING STIPULATION REGARDING SCHEDULE FOR RESPONSIVE PLEADINGS AND ANY MOTION TO DISMISS BRIEFING