Marjorie Ouyang, Esq., SBN 314334
Valley&Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (909) 248 4522
E-Mail: Marjorie.ouyang@valleysummitlaw.com

*Attorneys for Plaintiffs David Shuang Liu and Musify App, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID SHUANG LIU, an individual, and MUSIFY APP, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and COUNTY OF SANTA CLARA, a public entity,<br><br>Defendant. | CASE No. 4:26-cv-00170-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

Plaintiffs' Administrative Motion for Leave to File Overlength Opposition to Apple Inc.'s Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: 9/9/2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Haywood S. Gilliam, Jr.
Judge Haywood S. Gilliam Jr.

...d S. Gilliam, Jr.
United States District Judge