Mingzi "Marjorie" Ouyang, Esq., SBN 314334
Valley&Summit Law PC
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (909) 248 4522
E-Mail: Marjorie.ouyang@valleysummitlaw.com

*Attorney for Plaintiffs David Shuang Liu and Musify App, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DAVID SHUANG LIU, an individual, and MUSIFY APP, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and COUNTY OF SANTA CLARA, a public entity,<br><br>Defendants. | CASE No. 4:26-cv-00170-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

Plaintiffs' Renewed Administrative Motion for Leave to File Overlength Opposition to Apple Inc.'s Motion to Dismiss is **DENIED**.

IT IS SO ORDERED.

Dated: 9/10/2026




Jr
District Judge