Mingzi "Marjorie" Ouyang, Esq., SBN 314334
Valley & Summit Law P.C.
One Park Plaza, Suite 600
Irvine, CA 92614
Tel: (909) 248 4522
E-Mail: Marjorie.ouyang@valleysummitlaw.com

*Attorneys for Plaintiffs David Shuang Liu and Musify App, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DAVID SHUANG LIU, an individual, and MUSIFY APP, INC., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and COUNTY OF SANTA CLARA, a public entity,<br><br>Defendant. | CASE No. 4:26-cv-00170-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REOPEN THE OPPOSITION DEADLINE AND MODIFY THE BRIEFING SCHEDULE (as modified)**<br><br>Date: October 22, 2026<br>Time: 2:00 pm<br>Ctrm.: 2 (4th Floor) |

**ORDER**

Having considered Plaintiffs' motion and supporting materials, the Court finds good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B). The motion is **GRANTED**.

1. Plaintiffs' deadline to oppose Apple Inc.'s motion to dismiss, Dkt. 38, is reopened and extended through September 22, 2026.
2. The replacement opposition submitted as Exhibit B to the Declaration of Mingzi "Marjorie" Ouyang accompanying this motion is accepted as timely. Plaintiffs are directed to re-file this replacement opposition as a standalone document on the docket. It shall serve as Plaintiffs' operative opposition to Dkt. 38 and supersede the opposition papers at Dkts. 44 and 46.

3. Apple may file and serve its reply by October 13, 2026. If Apple has already filed a reply, it may file a replacement reply by that date.
4. This Order resolves only the requested filing and scheduling relief and does not determine the merits of the motion to dismiss or the opposition.

IT IS SO ORDERED.

Dated: 9/25/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge