UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SHUANG LIU, et al.,

Plaintiffs,

v.

APPLE INC, et al.,

Defendants.

Case No. 26-cv-00170-HSG

**ORDER REQUIRING PLAINTIFF DAVID LIU TO ATTEND MOTION TO WITHDRAW HEARING; TAKING MOTIONS TO DISMISS UNDER SUBMISSION**

Re: Dkt. Nos. 36, 38, 63

Pending before the Court are Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, Dkt. Nos. 36, 38, and Plaintiffs Counsel's Motion to Withdraw, Dkt. No. 63.

Plaintiff David Liu is **ORDERED** to appear on Thursday, October 22, 2026 at 2:00 p.m. via Zoom at the hearing on Plaintiffs Counsel's Motion to Withdraw. The Court **ORDERS** Plaintiffs Counsel to provide their client with this Order and all documents at Dkt. No. 63 by 8:00 a.m. tomorrow, Friday, October 16, 2026, and file on the public docket a declaration confirming as such by 9:00 a.m. tomorrow, Friday, October 16, 2026. The Clerk is directed to email Plaintiffs Counsel the Zoom information and instructions for this hearing at marjorie.ouyang@valleysummitlaw.com. Only Plaintiff David Liu may appear via Zoom at this hearing; all counsel shall appear in person.

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

The Court finds Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint, Dkt. Nos. 36, 38, appropriate for disposition without oral argument and the matter is **DEEMED** submitted. Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: 10/15/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge