UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SHUANG LIU, et al.,

Plaintiffs,

v.

APPLE INC, et al.,

Defendants.

Case No. 26-cv-00170-HSG

**ORDER CONTINUING HEARING ON MOTION TO WITHDRAW; REQUIRING PLAINTIFF DAVID LIU TO ATTEND HEARING**

Re: Dkt. No. 63

Pending before the Court is Plaintiffs Counsel's Motion to Withdraw. Dkt. No. 63. This matter is set for a hearing today, October 22, 2026.

On October 15, 2026, the Court entered an Order requiring Plaintiff David Liu to attend the Motion to Withdraw hearing via Zoom, directing Plaintiffs Counsel to provide their client with that Order and all documents at Dkt. No. 63, and directing the Clerk to email Plaintiffs Counsel the Zoom information and instructions for the hearing. Dkt. No. 70. The Clerk transmitted the Zoom information as instructed the day that Order issued.

The Court **CONTINUES** the hearing on this Motion to 2:00 p.m. on Thursday, October 29, 2026, in Courtroom 2, 4th Floor, Oakland, CA before Judge Haywood S. Gilliam, Jr. Consistent with this Court's prior Order, counsel **SHALL** appear in person, and Mr. Liu may appear via Zoom using the same information that the Clerk already transmitted to Plaintiffs Counsel.

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

Plaintiffs Counsel **SHALL** immediately provide their client with this Order and the Zoom information the Clerk has already transmitted to them, and **SHALL** file on the public docket a declaration confirming as such by 11:30 a.m. today, October 22, 2026.

**IT IS SO ORDERED.**

Dated: 10/22/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge