UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID SHUANG LIU, et al.,

Plaintiffs,

v.

APPLE INC, et al.,

Defendants.

Case No. 26-cv-00170-HSG

**ORDER CONTINUING HEARING ON MOTION TO WITHDRAW; REQUIRING PLAINTIFF DAVID LIU TO ATTEND HEARING**

Re: Dkt. No. 63

Pending before the Court is Plaintiffs Counsel's Motion to Withdraw. Dkt. No. 63.

On October 15, 2026, the Court entered an Order requiring Plaintiff David Liu to attend the hearing on this Motion due to the impact it could have on his case. That Order specifically allowed Mr. Liu to attend via Zoom, given that the Court is aware that Mr. Liu lives in Japan. Dkt. No. 70 at 1:17–18 (allowing Plaintiff to appear "via Zoom at the hearing on Plaintiffs Counsel's Motion to Withdraw"). All counsel were ordered to appear in person, consistent with this Court's practice of holding law and motion calendar in person. *Id.* at 1:23–24. Plaintiffs' Counsel was directed by the Court "to provide their client with this Order and all documents at Dkt. No. 63" to ensure that Mr. Liu was aware of his right to appear via Zoom, and the Courtroom Deputy was directed to email Plaintiffs' Counsel the required Zoom information and instructions. *Id.* at 1:19, 21–23. Plaintiffs' Counsel and the Courtroom Deputy did so that day. *See* Dkt. No. 71.

Today at 10:19 a.m., the Court continued this hearing a week to October 26, 2029, under the impression that Mr. Liu was appearing via Zoom. Dkt. No. 72. The Courtroom Deputy was

then contacted by Mr. Liu *ex parte* via telephone, informing the Court that he had been unaware that he was allowed to appear via Zoom and that he had landed this morning at San Francisco International Airport to attend this hearing. The Court is unclear how this occurred in light of the Court's clear Order. Dkt. No. 70. The Court then tried to reset the hearing for hearing today given that Mr. Liu had traveled internationally to attend notwithstanding his permission to appear via Zoom, Dkt. No. 73, but Mr. Liu was unable to make the hearing by the scheduled hour.

In light of these circumstances, the Court **CONTINUES** the hearing on this Motion to tomorrow, October 23, 2026 at 11:00 a.m. in Courtroom 2, 4th Floor, Oakland, California before the Honorable Haywood S. Gilliam, Jr. Mr. Liu **SHALL** attend the hearing in person. Plaintiffs' Counsel and the two Defendants' Counsel who appeared in person at the hearing today **SHALL** appear tomorrow, though they may appear via Zoom if they wish and the Courtroom Deputy **SHALL** email the required Zoom information to those attorneys today.

**IT IS SO ORDERED.**

Dated: 10/22/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge